IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRICKA LAVON CALLOWAY, ) | |
| ) | |
| Plaintiff, ) | |
| v.   ) | CASE NO. 2:12-cv-0087-TMH |
| ) | WO |
| LOUIS BOYD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #27) to the Recommendation of the Magistrate Judge filed on December 20, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #25) filed on November 29, 2012 is adopted;

3. Defendants' Motion to Dismiss Complaint as Moot (Doc. #20) is GRANTED and this action is DISMISSED without prejudice for lack of jurisdiction.

Done this the 30th day of January, 2013.

　　　　　　　　　　　　　　　　　　　　/s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE